

## Arkansas Tobacco Control Information for Retailers about ACT 629 – HEMP-Derived Products

### Act 629 (Senate Bill 358)
#### What you need to know!

Products that were produced by a synthetic chemical process that converted hemp into Delta-8, Delta-9, Delta-6a, 10a, Delta-10 THC, or any other psychoactive substance derived therein have been added to the Arkansas Controlled Substances list including:

- Delta-8 THCO (acetate ester)
- Delta-9 THCO (acetate ester)
- Delta-6a THCO (acetate ester)
- Delta-10a THCO (acetate ester)

→ As of **April 13, 2023**, products containing the above substances cannot be sold to or possessed by anyone under twenty-one (21) years of age.

→ On **August 1, 2023**, products containing the above substances cannot be sold to or possessed by **anyone** regardless of age.

### Impact of Act 629 on ATC Permit – No Controlled Substances

Regardless of permit type or product in stock, no permitted establishment in Arkansas may possess, sell, or otherwise have any controlled substances.

ATC will not grant or renew a permit to any person in Arkansas to sell, possess, or otherwise have any controlled substances.

**Greg Sled**
Director
Arkansas Tobacco Control

101 E. Capitol Ave., Suite 401, Little Rock, Arkansas 72201    Tel 501.682.9756    Fax 501.682.9760    WWW.ATC.ARKANSAS.GOV