## DECLARATION OF CYNTHIA CABRERA

1. My name is Cynthia Cabrera, and I am over the age of twenty-one, of sound mind, and competent to execute this declaration.

2. I submit this declaration on behalf of Sky Marketing Corporation d/b/a Hometown Hero ("Sky Marketing"), in support of plaintiffs' motion for preliminary injunction.

3. I have personal knowledge of the facts set forth in this Declaration, or know them in my capacity as chief strategy officer of Sky Marketing, based on records that Sky Marketing keeps in the regular course of its business, and could and would competently testify to them under oath if called as a witness.

4. Sky Marketing is a Texas corporation with its principal place of business located in Austin, Texas.

5. Sky Marketing is a distributor of, among other things, low THC hemp products, wholesaling to Arkansas businesses in addition to retailing directly to Arkansas consumers.

6. Sky Marketing orders, transports, and ships hemp-derived cannabinoid products like Delta-8 THC into and through Arkansas, either directly or through third-party distributors.

7. As a result of Act 629, Sky Marketing and its employees are in jeopardy of criminal prosecution for possessing, shipping, transporting, packaging, processing, and retailing low THC hemp extract products in Arkansas.

8. Specifically, under Act 629, Sky Marketing's employees face criminal liability for transporting and shipping hemp products if they fail to demonstrate the



products were "in continuous transportation" and "produced in accordance with 7 U.S.C. § 2016390 et seq."

9. Sky Marketing's investment is exposed and threatened as Act 629 would render its inventory of hemp-derived products utterly worthless in Arkansas.

10. Sky Marketing would be irreparably harmed unless Act 629 is enjoined.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and accurate.

Executed on this 31st day of July, 2023.

Cynthia Cabrera
Chief Strategy Officer
Sky Marketing Corporation d/b/a Hometown Hero