## Abtin Mehdizadegan

| | |
|---|---|
| **From:** | Abtin Mehdizadegan |
| **Sent:** | Monday, July 31, 2023 5:25 PM |
| **To:** | 'nicholas.bronni@arkansasag.gov' |
| **Cc:** | Allison Scott; Joseph Stepina; Justin Swanson; Paul Vink |
| **Subject:** | FW: Activity in Case 4:23-cv-00718-BRW Bio Gen LLC et al v. Arkansas, State of et al Complaint |
| **Attachments:** | 2023.07.31 Complaint for Declaratory and Injunctive Relief.pdf; Ex 3 - Sky Marketing Order.pdf; Ex 5 - Declaration of William Morgan.pdf; Ex 4 - Declaration of Cynthia Cabrera.pdf; Ex 1 - Arkansas Tobacco Control Advisory.pdf; Ex 7 - Declaration of Mary Szarmach.pdf; Ex 6 - Declaration of Scout Stubbs.pdf; Plaintiffs' Motion for Temporary Restraining Order(102760457.1).pdf; Ex 2 - Kentucky Hemp Order.pdf; Plaintiffs' Brief in Support of Motion for TRO or Alternative Preliminary Injunction(102762044.1).pdf |

Solicitor General Bronni,

I hope you are well. I represent the Plaintiffs (Bio Gen, LLC, Drippers Vape Shop, LLC, The Cigarette Store LLC, and Sky Marketing Corporation) in the below-referenced action in which we have challenged Act 629. We filed the attached Complaint earlier today and I intend to file a Motion for Temporary Restraining Order in a few moments. We intend to ask Judge Wilson to issue a temporary restraining order until a hearing can be set. Our process servers intend to begin their work tomorrow. And for full disclosure, to satisfy my obligations under Rule 65, I intend to file this email as an exhibit to the Motion.

I look forward to an expeditious resolution of this matter and would welcome a time to visit with you.

Best,

Abtin

**From:** ecf_support@ared.uscourts.gov <ecf_support@ared.uscourts.gov>
**Sent:** Monday, July 31, 2023 4:54 PM
**To:** ared_ecf@ared.uscourts.gov
**Subject:** Activity in Case 4:23-cv-00718-BRW Bio Gen LLC et al v. Arkansas, State of et al Complaint

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of Arkansas**

**Notice of Electronic Filing**



1

The following transaction was entered on 7/31/2023 at 4:53 PM CDT and filed on 7/31/2023

**Case Name:** Bio Gen LLC et al v. Arkansas, State of et al
**Case Number:** 4:23-cv-00718-BRW
**Filer:** Drippers Vape Shop LLC
Bio Gen LLC
Sky Marketing Corporation
Cigarette Store LLC

**Document Number:** 1

**Docket Text:**
**COMPlAINT FOR DECLARATORY AND INJUNCTIVE RELIEF against All Defendants, filed by Drippers Vape Shop LLC, Bio Gen LLC, Sky Marketing Corporation, and Cigarette Store LLC. No summons issued. (Fee of $402 paid. Receipt Number LIT3034.) (Attachments: # (1) Civil Cover Sheet) (jbh)**


**4:23-cv-00718-BRW Notice has been electronically mailed to:**

Abtin Mehdizadegan    abtin@hallboothsmith.com, LRussell@hallboothsmith.com, abtin.mehdizadegan@gmail.com, hannahmoore@hallboothsmith.com

Allison Tschiemer Scott    allisonscott@hallboothsmith.com, bschoening@hallboothsmith.com

Joseph Charles Stepina    jstepina@hallboothsmith.com, NDiCarlo@hallboothsmith.com

**4:23-cv-00718-BRW Notice has been delivered by other means to:**

Justin Swanson
Bose McKinney & Evans LLP
First Indiana Plaza
135 North Pennsylvania Street
Suite 2700
Indianapolis, IN 46204

Paul Vink
Bose McKinney & Evans LLP
First Indiana Plaza
135 North Pennsylvania Street
Suite 2700
Indianapolis, IN 46204

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=7/31/2023] [FileNumber=9432303-0
] [1f7ec06e99bd705278596769128d3aa530128e6bd01f6566ea22e5655c1cbf86aad
4697617b4d0da568ade2652279a6f1f09fa9da7424b9ea2c2a1fd0ebd41ed]]
**Document description:** Civil Cover Sheet

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=7/31/2023] [FileNumber=9432303-1
] [a9ba1a2f45daf5e7e74b68ef7227f2e66dc1c8c068129c6f6017582c63890b31adf
37f8422b905028e2a82c0449e343e02295e3597e2d379d61fefa43f0c46fe]]