(Post. 07/06/2021)

# United States District Court
## *Eastern District of Arkansas*

Bio Gen LLC, et al

**NOTICE**

V.

Sarah Huckabee Sanders, et al

CASE NUMBER: 4:23-cv-00718-BRW

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | A401 |
| | DATE AND TIME |
| | August 23, 2023 at 2:00 P.M. |

**TYPE OF PROCEEDING**

Motion Hearing.

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | | |

Tammy H. Downs, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

Melanie Beard
(BY) DEPUTY CLERK

08/16/2023
DATE

To: Court Security Officers