**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BIO GEN, LLC, DRIPPERS VAPE SHOP, LLC,**                                      **PLAINTIFFS**
**THE CIGARETTE STORE LLC d/b/a SMOKER**
**FRIENDLY, and SKY MARKETING**
**CORPORATION d/b/a HOMETOWN HERO,**

**v.**                                      **Case No. 4:23-CV-718-BRW**

**GOVERNOR SARAH HUCKABEE SANDERS,**                                      **DEFENDANTS**
**in her official capacity; ATTORNEY GENERAL**
**JOHN TIMOTHY GRIFFIN**
**in his official capacity;**
**TODD MURRAY, SONIA FONTICIELLA,**
**DEVON HOLDER, MATT DURRETT,**
**JEFF PHILLIPS, WILL JONES, TERESA HOWELL,**
**BEN HALE, CONNIE MITCHELL, DAN TURNER,**
**JANA BRADFORD, FRANK SPAIN, TIM BLAIR,**
**KYLE HUNTER, DANIEL SHUE, JEFF ROGERS,**
**DAVID ETHREDGE, TOM TATUM, II,**
**DREW SMITH, REBECCA REED MCCOY,**
**MICHELLE C. LAWRENCE, DEBRA BUSCHMAN,**
**TONY ROGERS, NATHAN SMITH, CAROL CREWS,**
**KEVIN HOLMES, CHRIS WALTON,**
**and CHUCK GRAHAM, each in his or her official capacity**
**as a prosecuting attorney for the State of Arkansas;**
**JIM HUDSON, in his official capacity as director of the**
**ARKANSAS DEPARTMENT OF FINANCE**
**AND ADMINISTRATION; GREG SLED,**
**in his official capacity as director of the ARKANSAS**
**TOBACCO CONTROL BOARD; WES WARD,**
**in his official capacity as secretary of the ARKANSAS**
**DEPARTMENT OF AGRICULTURE; and**
**MATTHEW MARSH, in his official capacity as**
**chair of the ARKANSAS STATE PLANT BOARD**

## PLAINTIFFS' MOTION TO BRING ELECTRONIC DEVICES
## INTO THE COURTROOM

Pursuant to General Order 54, Plaintiffs Bio Gen, LLC, Drippers Vape Shop, LLC,

The Cigarette Store LLC d/b/a Smoker Friendly, and Sky Marketing Corporation d/b/a

Hometown Hero, through their attorneys, hereby file this Motion to Bring Electronic

Devices into the Courtroom, respectfully state as follows:

1.      Plaintiffs and their counsel respectfully request that Counsel for Plaintiffs, Abtin Mehdizadegan, Joseph Stepina, and Allison Scott, and Plaintiffs' representatives, Curtis Chouteau, William "Bill" Morgan, Scout Stubbs, Ken Kramer, Mary Szarmach, and Mark Krause, be given permission to bring electronics with them at the upcoming hearing on Wednesday, August 23, 2023.

2.      Plaintiffs and their counsel hereby request permission to bring their cell phones, laptop computers, and personal digital assistants into the courthouse for their personal use on August 23, 2023.

3.      Plaintiffs and their counsel understand that the devices described above will not be used to record, photograph, or film anyone or anything inside the courthouse.

4.      Plaintiffs and their counsel understand that cell phones must be turned off and put away when in the courtroom.

5.      Plaintiffs and their counsel understand that wireless internet components of electronic devices must be deactivated when in district courtrooms.

6.      Plaintiffs and their counsel understand that the devices described above will be subject to examination for security purposes.

Accordingly, Plaintiffs Bio Gen, LLC, Drippers Vape Shop, LLC, The Cigarette Store LLC d/b/a Smoker Friendly, and Sky Marketing Corporation d/b/a Hometown Hero respectfully request that this Court grant this Motion, and enter an Order providing Plaintiffs' representatives and their counsel, with permission to bring with them the above-identified electronic devices in the courtroom during the hearing scheduled for August 23, 2023.

Respectfully submitted,

Abtin Mehdizadegan (2013136)
Joseph C. Stepina (2020124)
Allison T. Scott (2020205)
HALL BOOTH SMITH, P.C.
200 River Market Avenue, Suite 500
Little Rock, Arkansas 72201
Telephone: (501) 371-0808
Facsimile: (501) 604-5566
abtin@hallboothsmith.com
jstepina@hallboothsmith.com
allisonscott@hallboothsmith.com

- and -

Justin Swanson
Paul Vink
*Admitted Pro hac vice*
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5404
Facsimile: (317) 223-0404
jswanson@boselaw.com
pvink@boselaw.com

*Attorneys for Plaintiffs*