IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| BIO GEN, LLC, DRIPPERS VAPE SHOP, LLC, THE CIGARETTE STORE LLC d/b/a SMOKER FRIENDLY, and SKY MARKETING CORPORATION d/b/a HOMETOWN HERO | | PLAINTIFFS |
| v. | Case No. 4:23-CV-718 (BRW) | |
| GOVERNOR SARAH HUCKABEE SANDERS in her official capacity; ATTORNEY GENERAL JOHN TIMOTHY GRIFFIN in his official capacity; TODD MURRAY, SONIA FONTICIELLA, DEVON HOLDER, MATT DURRETT, JEFF PHILLIPS, WILL JONES, TERESA HOWELL, BEN HALE, CONNIE MITCHELL, DAN TURNER, JANA BRADFORD, FRANK SPAIN, TIM BLAIR, KYLE HUNTER, DANIEL SHUE, JEFF ROGERS, DAVID ETHREDGE, TOM TATUM, II, DREW SMITH, REBECCA REED MCCOY, MICHELLE C. LAWRENCE, DEBRA BUSCHMAN, TONY ROGERS, NATHAN SMITH, CAROL CREWS, KEVIN HOLMES, CHRIS WALTON, and CHUCK GRAHAM, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; JIM HUDSON, in his official capacity as Director of the ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION; GREG SLED, in his official capacity as Director of the ARKANSAS TOBACCO CONTROL BOARD; WES WARD, in his official capacity as Secretary of the ARKANSAS DEPARTMENT OF AGRICULTURE; and MATTHEW MARSH, in his official Capacity as Chair of the ARKANSAS STATE PLANT BOARD | | DEFENDANTS |

## AFFIDAVIT OF ADAM HARGIS

1.  I am Adam Hargis. I am a chemist. I have held multiple positions in the chemistry lab of the Arkansas Department of Agriculture. I am currently the Chemist Supervisor of the Chemistry Lab in the Lab Services section of the department. I am competent in all respects to make this affidavit.

1

2. I have a Bachelor of Science in Chemistry with an emphasis in Biochemistry from the University of Central Arkansas. This program was certified by the American Chemical Society. A detailed account of my education, experience, and research is contained in my curriculum vitae, a copy of which is attached hereto as Exhibit A and incorporated by reference as if set forth herein word for word. Fed. R. Civ. P. 10(c).

3. My responsibilities in the lab as a chemist and in my supervisory role include testing samples of hemp collected by department inspectors from licensed hemp growers in the state. I was part of developing the method for testing hemp in the lab. The lab participates in a national proficiency testing program facilitated by University of Kentucky's Regulatory Lab Services, which tests product for their state-wide agriculture program.

4. Chain of custody is used for these samples according to USDA standards, which are logged and stored in a locked room. To prepare for testing, the samples are dried, sieved, and ground into a homogenous powder. After that, approximately 200 mg of the sample is used for testing. The cannabinoids, particularly THC, are extracted and analyzed via HPLC-DAD to determine the total concentration of Delta 9 tetrahydrocannabinol ("THC"), also referred to as total THC. An HPLC-DAD is the instrument used for separation and quantitation of the THC.

5. The hemp plant produces a THC acid ("THCA") form that when heated or ingested coverts to Delta 9 THC. The laboratory testing of hemp accounts for this conversion to determine the total amount of THC in the sample. If the testing does not account for that conversion, the amount of THC reported would be artificially low. This conversion process cannot be skipped. The laboratory needs the most accurate and complete representation of the concentration of total THC in the hemp material.

6. Total THC can be calculated by: Delta 9 THC + 0.877(THCA). This reflects the accurate amount of total THC in the plant material.

7. The final report for the sample will show a percentage of total THC, which is calculated based on the sample mass and other information gained from the testing instrument. The lab results are then compared to the legal limit of 0.3% total THC on a dry weight basis.

8. The USDA requires the state to report the total THC plus or minus the measurement of uncertainty. The current measurement of uncertainty for the department lab is +/-0.06%, so a result cannot be more than 0.36% to account for uncertainty. According to this metric set by USDA rules, a sample that results above 0.36% total THC is marijuana not hemp. The sample is then handled pursuant to U.S. Drug Enforcement Agency ("DEA") standards for storage and disposal.

9. Marijuana and hemp are two different types of the same species of the plant *Cannabis Sativa L.* The plant produces various cannabinoids, two of which are cannabidiol ("CBD") and THC. The CBD molecule and the THC molecule are related as part of the metabolism of the plant. They are relatively structurally similar. Due to the similarity, THC can be synthesized from CBD by a variety of chemical means. For instance, moving one bond changes the chemical structure and the psychoactive effect.

10. CBD is the most common cannabinoid in hemp. CBD isolate, a legal hemp product, can be purchased off the market and can be a starting point for conversion into various other cannabinoids through synthesis.

11. Chemically speaking, a substance is often referred to as synthetic if it has been synthesized or gone through the process of chemical synthesis, i.e., changed or manufactured in a lab. So a chemical can be both naturally occurring and created synthetically in a lab.

12. Isomers have the same chemical formula and weight with a different structure, similar to how the same Lego bricks can be rearranged into many different shapes. Isomerization is one process for how a molecule could change into another one.

13. A common process in an organic synthesis reaction is an acid or metal catalyzed reaction to synthesize different forms of organic structures such as how pharmaceuticals are manufactured. For hemp, one method of synthetic manufacturing would be adding some form of chemicals (like battery acid) and other factors (heat, acidity) to CBD isolate to change the concentration of THC to above 0.3%. This is like a meth lab converting ephedrine to amphetamine.

14. In drug synthesis, shape matters. Synthesis is used to take CBD that was extracted from the plant and manipulate it into THC and it isomers such as Delta 8 THC, Delta 9 THC, etc.

15. Delta 8 THC exists naturally in a small quantity in hemp. At such trace amounts, it is not commercially viable.

16. Synthetic Delta 8 THC is not a hemp product because it is converted from CBD. Stated differently, it is a manufactured form from CBD.

17. My opinions are based on my knowledge, education, and training as well as my experience working as a chemist.

FURTHER, the Affiant sayeth not.

*Adam Hargis*
Adam Hargis

8/31/23
Date

4

## ACKNOWLEDGMENT

STATE OF ARKANSAS        )
                                   )SS:
COUNTY OF PULASKI        )

    I, Adam Hargis, do hereby state upon my oath that the statements contained in the foregoing are true and correct to the best of my knowledge and belief.

_____
Adam Hargis

    SUBSCRIBED AND SWORN to before me, a Notary Public, on this 31st day of August, 2023.

_____
Notary Public

My Commission Expires:

3-21-2024

(SEAL)



KELLY C. HEARN
MY COMMISSION # 12397841
EXPIRES: March 21, 2024
Pulaski County