6921 West Republican Rd.
Jacksonville, Arkansas 72076
(501) 596-2962
Email ahargis1995@gmail.com

# Adam Hargis

---

## Work Experience

### Arkansas Department of Agriculture- Chemistry Lab

**Lab Technician 4/8/2019 – May 2019**
- Grinding
- Sample receiving and check-in
- Limestone
- Fat and Fiber

**Chemist May 2019- 6/23/2022**
- Fat and Fiber
- Boron
- Potash STPB
- Regular pesticide formulation and use dilution testing
- Hemp
- Method development and SOP writing
- Continuing duties from previous position

**Interim Chemist Supervisor 4/11/2022 – 6/23/2022**
- Maintaining all previous responsibilities
- Managing lab staff for efficient turnaround of analysis
- Approving leave and evaluating staff performance
- Improving lab workflow and reporting procedures
- Maintaining a dialogue between upper management, the regulatory sections, and the chemistry lab
- Creating new procedures for tracking lab purchases and analyses
- Answering questions about the lab for members of the public
- Writing reports for upper management as requested
- Analysis and revision of previous reports and data as necessary
- Evaluating data from proficiency testing programs

**Chemist Supervisor 6/23/2022 – Present**
- Managing lab staff for efficient turnaround of analysis


EXHIBIT A

- Approving leave and evaluating staff performance
- Improving lab workflow and reporting procedures
- Maintaining a dialogue between upper management, the regulatory sections, and the chemistry lab
- Creating new procedures for tracking lab purchases and analyses
- Answering questions about the lab for members of the public
- Writing reports for upper management as requested
- Analysis and revision of previous reports and data as necessary
- Evaluating data from proficiency testing programs

# Education

## Arkansas State University – Beebe     Aug. 2013 – Apr. 2015
Beebe, Arkansas
**Associate's of Arts – Liberal Arts  (Emphasis Chemistry)**
- Organic Chemistry I & II
- University Physics I & II
- Calculus I & II

## University of Central Arkansas          Aug. 2015 – May 2017
Conway, Arkansas
**Bachelor's of Science Chemistry with an Emphasis in Biochemistry**
    **American Chemistry Society Certification of Degree**
- Quantitative Analysis
- Biochemistry I & II
- Calculus III

Microbiology
- Genetics
- Intermediate Inorganic Chemistry
- Physical Chemistry I & II
- Organic Spectroscopy

# Experience

## University of Central Arkansas          Aug. 2016 – Dec. 2016
Teaching Assistant – Organic Chemistry II
- Laboratory preparation and set up
- Assist the professor and students in the execution of weekly labs

- Other duties as assigned by the supervising professor

## University of Central Arkansas            Jan. 2017 – May 2017

Teaching Assistant – Quantitative Analysis
- Laboratory preparation and set up
- Assist the professor and students in the execution of twice weekly labs
- Other duties as assigned by the supervising professor

# Research

## Area of Research – Organic Chemistry  Jan. 2016 – May 2017

   Goal – Synthesis of Espintanol for an effective, economical treatment for *Leishmaniasis* with minimal side effects

Supervising professor – Gregory Naumiac, PhD.

# Technology

- HPLC-UV/DAD
- Ankom Technologies Fat and Fiber Extractors
- Database Management
- Excel Form Design
- ChemDraw for the creation of chemical formulas for presentations and posters
- NMR
- GCMS
- UV-Vis
- Rotary Evaporator
- MathCad
- IR Spectroscopy

# Additional Skills

- Hemp Method Development using HPLC-UV/DAD         `
- Appropriate handling of toxic compounds
- Thin layer Chromatography
- Column chromatography
- Handling of air/water sensitive compounds