IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BIO GEN, LLC, DRIPPERS VAPE SHOP, LLC,
THE CIGARETTE STORE LLC d/b/a SMOKER
FRIENDLY, and SKY MARKETING
CORPORATION d/b/a HOMETOWN HERO                                    PLAINTIFFS

v.                          Case No. 4:23-CV-718 (BRW)

GOVERNOR SARAH HUCKABEE SANDERS
in her official capacity; ATTORNEY GENERAL
JOHN TIMOTHY GRIFFIN in his official capacity;
TODD MURRAY, SONIA FONTICIELLA,
DEVON HOLDER, MATT DURRETT, JEFF PHILLIPS,
WILL JONES, TERESA HOWELL, BEN HALE,
CONNIE MITCHELL, DAN TURNER, JANA BRADFORD,
FRANK SPAIN, TIM BLAIR, KYLE HUNTER, DANIEL SHUE,
JEFF ROGERS, DAVID ETHREDGE, TOM TATUM, II,
DREW SMITH, REBECCA REED MCCOY,
MICHELLE C. LAWRENCE, DEBRA BUSCHMAN,
TONY ROGERS, NATHAN SMITH, CAROL CREWS,
KEVIN HOLMES, CHRIS WALTON, and CHUCK
GRAHAM, each in his or her official capacity as a prosecuting
attorney for the State of Arkansas; JIM HUDSON, in his official
capacity as Director of the ARKANSAS DEPARTMENT
OF FINANCE AND ADMINISTRATION; GREG SLED, in his
official capacity as Director of the ARKANSAS TOBACCO
CONTROL BOARD; WES WARD, in his official capacity as
Secretary of the ARKANSAS DEPARTMENT OF
AGRICULTURE; and MATTHEW MARSH, in his official
Capacity as Chair of the ARKANSAS STATE PLANT BOARD             DEFENDANTS

**NOTICE OF APPEAL**

All Defendants hereby appeal to the United States Court of Appeals for the Eighth Circuit from the orders entered in this action granting Plaintiffs' Motion for Preliminary Injunction and denying Defendants' Motion to Dismiss. (*See* Order, Doc. No. 65 (Sept. 7, 2023); Order, Doc. No. 66 (Sept. 8, 2023)).[1]

---

[1] On Sept. 7, 2023, the Court entered an Order (Doc. No. 65) on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss. On Sept. 8, 2023, the Court modified the docket text of Docket Entry No. 65 to correct

1

The United States Court of Appeals for the Eighth Circuit has jurisdiction over the interlocutory appeal of the District Court's order granting a preliminary injunction. 28 U.S.C. § 1292(a)(1). The Eighth Circuit also has jurisdiction over the interlocutory appeal of that order denying the motion to dismiss on sovereign immunity because it is inextricably intertwined with the decision to grant the preliminary injunction. *See, e.g., Entergy, Ark., Inc. v. Nebraska*, 241 F.3d 979, 988 (8th Cir. 2001) (exercising interlocutory appellate jurisdiction over order denying motion to dismiss for failure to state a claim, because "[w]hether [the plaintiff] ha[d] stated a claim" was "intertwined with Nebraska's Eleventh Amendment argument," over which the Court had indisputable interlocutory appellate jurisdiction).

Dated: October 6, 2023

Respectfully submitted,

TIM GRIFFIN
Attorney General

*Jordan Broyles*
Jordan Broyles, Ark Bar No. 2015156
Senior Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-9482; Fax: (501) 682-2591
Email: jordan.broyles@arkansasag.gov

*Attorneys for all Defendants*

## CERTIFICATE OF SERVICE

I, Jordan Broyles, hereby certify that on October 6, 2023, I electronically filed the foregoing pleading on behalf of all Defendants using the CM/ECF system, which will send notifications to all attorneys of record.

*Jordan Broyles*
Jordan Broyles

---

a typographical error. The Court noted in Docket Entry No. 66 that the original document in entry 65 was attached in error, and the correct document was added as an attachment to docket entry 65 and as entry 66.