IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BIO GEN, LLC, DRIPPERS VAPE SHOP, LLC,                    PLAINTIFFS
THE CIGARETTE STORE LLC d/b/a SMOKER
FRIENDLY, and SKY MARKETING
CORPORATION d/b/a HOMETOWN HERO,

v.                     Case No. 4:23-CV-718 (BRW)

GOVERNOR SARAH HUCKABEE SANDERS,                          DEFENDANTS
in her official capacity; ATTORNEY GENERAL
JOHN TIMOTHY GRIFFIN
in his official capacity;
TODD MURRAY, SONIA FONTICIELLA,
DEVON HOLDER, MATT DURRETT,
JEFF PHILLIPS, WILL JONES, TERESA HOWELL,
BEN HALE, CONNIE MITCHELL, DAN TURNER,
JANA BRADFORD, FRANK SPAIN, TIM BLAIR,
KYLE HUNTER, DANIEL SHUE, JEFF ROGERS,
DAVID ETHREDGE, TOM TATUM, II,
DREW SMITH, REBECCA REED MCCOY,
MICHELLE C. LAWRENCE, DEBRA BUSCHMAN,
TONY ROGERS, NATHAN SMITH, CAROL CREWS,
KEVIN HOLMES, CHRIS WALTON,
and CHUCK GRAHAM, each in his or her official capacity
as a prosecuting attorney for the State of Arkansas;
JIM HUDSON, in his official capacity as director of the
ARKANSAS DEPARTMENT OF FINANCE
AND ADMINISTRATION; GREG SLED,
in his official capacity as director of the ARKANSAS
TOBACCO CONTROL BOARD; WES WARD,
in his official capacity as secretary of the ARKANSAS
DEPARTMENT OF AGRICULTURE; and
MATTHEW MARSH, in his official capacity as
chair of the ARKANSAS STATE PLANT BOARD

## ENTRY OF APPEARANCE

Comes, Jacob Oneal Sutter, of the law firm Hall Booth Smith, P.C., and hereby enters his appearance in this action as counsel of record on behalf of Plaintiffs, BIO GEN, LLC, DRIPPERS VAPE SHOP, LLC, THE CIGARETTE STORE LLC d/b/a SMOKER FRIENDLY, and SKY MARKETING CORPORATION d/b/a HOMETOWN

1

HERO,. The undersigned counsel respectfully requests that all Correspondence to the Court, Pleadings, Discovery and Orders be served upon him at the address indicated below.

                    Respectfully Submitted,

                    Jacob Oneal Sutter
                    **HALL, BOOTH, SMITH P.C.**
                    200 River Market Ave., Suite 500
                    Little Rock, AR 72201
                    Phone: 501-214-3499
                    Fax: 501-604-5566
                    jsutter@hallboothsmith.com
                    Counsel for Plaintiff
                    BIO GEN, LLC, DRIPPERS VAPE SHOP, LLC, THE CIGARETTE STORE LLC d/b/a SMOKER FRIENDLY, and SKY MARKETING CORPORATION d/b/a HOMETOWN HERO,

## CERTIFICATE OF SERVICE

     I hereby certify that on April 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the Electronic Filing System, which shall send notification to all attorneys of record.

                    Jacob Oneal Sutter