#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### EASTERN DISTRICT OF ARKANSAS
#### CENTRAL DIVISION

**BIO GEN, LLC, et al.**                                                                          **PLAINTIFFS**

**v.**                        **Case No. 4:23-CV-718 (BRW)**

**GOVERNOR SARAH HUCKABEE SANDERS**
in her official capacity; et al.                                         **DEFENDANTS**

#### JOINT MOTION FOR STAY OF DISCOVERY AND
#### TO VACATE FINAL SCHEDULING ORDER

Come Plaintiffs and Defendants, by and through respective counsel, and for their Joint Motion for Stay of Discovery and to Vacate Final Scheduling Order, state:

1. Defendants' appeal of this Court's order granting Plaintiffs' preliminary injunction and denying the Motion to Dismiss of Separate Defendants Governor Sanders and Attorney General Griffin on sovereign immunity remains pending before the Eighth Circuit. Oral argument was held on September 24, 2024, and the parties await a decision.

2. The parties agree that the issues to be tried in this case will be determined by the decision, and thus, will direct what discovery remains to be done.

3. Both parties have disclosed their expert witnesses. However, written and deposition discovery remains to be completed. Without clarification from the Eighth Circuit, depositions of experts and lay witnesses and filing pre-trial and dispositive motions would be futile.

4. The Final Scheduling Order set this case for bench trial on February 11, 2025. ECF No. 99. The discovery deadline is November 13, 2024. The deadline for dispositive motions is November 29, 2024, for *Daubert* motions is November 29, 2024, and for Pre-Trial Disclosure Sheets is January 14, 2025. *Id*.

5. In the interest of judicial economy and party resources, the parties respectfully request the Court enter an order staying discovery and vacating the Final Scheduling Order. Specifically, the parties request a stay until the Eighth Circuit's opinion is released, at which time the parties will have 30 days to file a status report with the Court containing new discovery and motion deadlines and a request for a new bench trial date.

6. This request to stay discovery and to vacate the Final Scheduling Order is not made for the purpose of delay and will not operate to prejudice any right of the parties in this case as Defendants are enjoined from enforcing Act 629. ECF No. 65, 66.

7. This motion is jointly made on behalf of all parties without objection.

8. Pursuant to Local Rule 7.2(d), no brief is submitted in support of this motion.

WHEREFORE, all Plaintiffs and Defendants respectfully request the Court grant their motion and enter an order staying discovery until the appeal is decided, vacating the Final Scheduling Order, and setting a 30-day status report deadline from the date the opinion is released.

Dated: October 29, 2024                             Respectfully submitted,

                                       Abtin Mehdizadegan (2013136)
                                       Joseph C. Stepina (2020124)
                                       Allison T. Scott (2020205)
                                       Jacob Oneal Sutter (2023040)
                                       HALL BOOTH SMITH, P.C.
                                       200 River Market Avenue, Suite 500
                                       Little Rock, Arkansas 72201
                                       Telephone: (501) 214-3499
                                       Facsimile: (501) 604-5566
                                       abtin@hallboothsmith.com
                                       jstepina@hallboothsmith.com
                                       allisonscott@hallboothsmith.com
                                       jsutter@hallboothsmith.com

>Justin Swanson (admitted pro hac vice)
>Paul Vink (admitted pro hac vice)
>BOSE MCKINNEY & EVANS, LLP
>111 Monument Circle Suite 2700
>Indianapolis, IN 46204
>Telephone: (327) 684-5405
>Facsimile: (317) 223-0404
>jswanson@boselaw.com
>pvink@boselaw.com
>
>*Attorneys for Plaintiffs*
>
>TIM GRIFFIN
>Attorney General
>
>Jordan Broyles, Ark. Bar No. 2015156
>Senior Assistant Attorney General
>Office of the Arkansas Attorney General
>323 Center Street, Suite 200
>Little Rock, AR 72201
>Phone: (501) 682-9482
>Fax: (501) 682-2591
>Email: jordan.broyles@arkansasag.gov
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Jordan Broyles, hereby certify that on October 29, 2024, I electronically filed the foregoing pleading using the CM/ECF system, which will send notifications to all attorneys of record.

>Jordan Broyles, Ark. Bar No. 2015156
>Senior Assistant Attorney General