IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BIO GEN LLC ET AL**                                                                                                    **PLAINTIFF**

v.                                     **CASE NO. 4:23-cv-00718-KGB**

**ARKANSAS, STATE OF ET AL**                                                                             **DEFENDANT**

**NOTICE OF REASSIGNMENT**

Judge Billy Roy Wilson recuses from this case based on senior status. At the Court's direction, the Clerk's office has randomly reassigned this case to the docket of the Honorable Kristine G. Baker.

Dated this 9th day of April, 2025.

                                      TAMMY H. DOWNS
                                      CLERK OF COURT

                         By:    Melanie M. Beard
                                      Courtroom Deputy