IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BIO GEN, LLC, DRIPPERS VAPE SHOP, LLC,**     **PLAINTIFFS**
**THE CIGARETTE STORE LLC d/b/a SMOKER**
**FRIENDLY, and SKY MARKETING**
**CORPORATION d/b/a HOMETOWN HERO,**

v.     Case No. 4:23-CV-718 (BRW)

**GOVERNOR SARAH HUCKABEE SANDERS,**     **DEFENDANTS**
**in her official capacity; ATTORNEY GENERAL**
**JOHN TIMOTHY GRIFFIN**
**in his official capacity;**
**TODD MURRAY, SONIA FONTICIELLA,**
**DEVON HOLDER, MATT DURRETT,**
**JEFF PHILLIPS, WILL JONES, TERESA HOWELL,**
**BEN HALE, CONNIE MITCHELL, DAN TURNER,**
**JANA BRADFORD, FRANK SPAIN, TIM BLAIR,**
**KYLE HUNTER, DANIEL SHUE, JEFF ROGERS,**
**DAVID ETHREDGE, TOM TATUM, II,**
**DREW SMITH, REBECCA REED MCCOY,**
**MICHELLE C. LAWRENCE, DEBRA BUSCHMAN,**
**TONY ROGERS, NATHAN SMITH, CAROL CREWS,**
**KEVIN HOLMES, CHRIS WALTON,**
**and CHUCK GRAHAM, each in his or her official capacity**
**as a prosecuting attorney for the State of Arkansas;**
**JIM HUDSON, in his official capacity as director of the**
**ARKANSAS DEPARTMENT OF FINANCE**
**AND ADMINISTRATION; GREG SLED,**
**in his official capacity as director of the ARKANSAS**
**TOBACCO CONTROL BOARD; WES WARD,**
**in his official capacity as secretary of the ARKANSAS**
**DEPARTMENT OF AGRICULTURE; and**
**MATTHEW MARSH, in his official capacity as**
**chair of the ARKANSAS STATE PLANT BOARD**

## MOTION TO DISMISS

Plaintiffs, Bio Gen, LLC ("Bio Gen"), Drippers Vape Shop, LLC ("Drippers"), The Cigarette Store LLC d/b/a Smoker Friendly ("Smoker Friendly"), and Sky Marketing Corporation d/b/a Hometown Hero ("Sky Marketing") (collectively, "Plaintiffs"), by and through their attorneys, and for their Motion to Dismiss, state:

1

1. Rule 41(a)(2) allows the Plaintiffs to request a voluntary dismissal of their claims against the Defendants.

2. Plaintiffs moves to dismiss the claims against Defendants without prejudice with each party bearing their own fees and costs.

WHEREFORE Plaintiffs pray that the Motion to Dismiss be granted; that the action be dismissed without prejudice; that each party be responsible for their own fees and costs; and for all other proper relief.

> Respectfully submitted,
>
> Abtin Mehdizadegan (2013136)
> Joseph C. Stepina (2020124)
> Allison T. Scott (2020205)
> Jacob Oneal Sutter (2023040)
> HALL BOOTH SMITH, P.C.
> 200 River Market Avenue, Suite 500
> Little Rock, Arkansas 72201
> Telephone: (501) 214-3499
> Facsimile: (501) 604-5566
> abtin@hallboothsmith.com
> jstepina@hallboothsmith.com
> allisonscott@hallboothsmith.com
> jsutter@hallboothsmith.com
>
> - and -
>
> Justin Swanson (admitted *pro hac vice*)
> Paul Vink (admitted *pro hac vice*)
> BOSE MCKINNEY & EVANS, LLP
> 111 Monument Circle Suite 2700
> Indianapolis, IN 46204
> Telephone: (327) 684-5405
> Facsimile: (317) 223-0404
> jswanson@boselaw.com
> pvink@boselaw.com